# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2024

### NO. 03-22-00032-CR

**The State of Texas, Appellant**

**v.**

**Jesus Alberto Guzman Curipoma, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
VACATED AND REMANDED ON REMAND –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order entered by the district court on January 13, 2022. Following the instructions of the Court of Criminal Appeals on remand, we vacate the district court's Order Granting Habeas Corpus Relief and remand this cause to the district court for reconsideration. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.